# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-643

**Caption [use short title]**

**Motion for:** Leave to Submit Supplement to Petition for Writ of Mandamus on or before April 20, 2018

Set forth below precise, complete statement of relief sought:

Petitioner is requesting leave to submit a supplement to the Petition for Writ of Mandamus on or before April 20, 2018

**In Re: Ross William Ulbricht**

**MOVING PARTY:** Ross William Ulbricht
**OPPOSING PARTY:** United States of America

[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Paul Grant
**OPPOSING ATTORNEY:** Sarah Kathleen Eddy; United States Attorney's Office for SDNY

[name of attorney, with firm, address, phone number and e-mail]

19501 E. Mainstreet, #200 Parker CO 80138
1 St. Andrew's Plaza, NY NY 10007

303-909-6133; paul_pglaw@yahoo.com
212-637-1033; sarah.eddy@usdoj.gov

**Court- Judge/ Agency appealed from:** S.D.N.Y, Hon. Katherine B. Forrest

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Paul Grant   **Date:** 4/9/2018   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)