UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------X

In Re: ROSS ULBRICHT, et al,　　　　　　　　　　　　Docket No. 18-643

Petitioner,　　　　　　　　　　　　　　　　　　　　DECLARATION IN SUPPORT OF
　　　　　　　　　　　　　　　　　　　　　　　　　ROSS ULBRICHT'S MOTION
-v-　　　　　　　　　　　　　　　　　　　　　　　 FOR LEAVE TO SUBMIT, AND
　　　　　　　　　　　　　　　　　　　　　　　　　FOR TIME TO SUBMIT, HIS
　　　　　　　　　　　　　　　　　　　　　　　　　SUPPLEMENT TO THE PETITION
　　　　　　　　　　　　　　　　　　　　　　　　　FOR WRIT OF MANDAMUS

KATHERINE B. FORREST, DISTRICT JUDGE,

　　　　　　　　　Respondent.

United States of America, Real Party in Interest

------------------------------------------------------X

STATE OF COLORADO　　　)
　　　　　　　　　　　　) ss.:
CITY AND COUNTY　　　　)
　　　　　　　　　　　　)
OF DENVER　　　　　　　)

　　　I, Paul Grant, pursuant to 28 U.S.C. §1746, hereby declare under penalty of perjury:

　　　1.  I am an attorney licensed to practice law in the State of Colorado, and a member of the bar of this court, and represent Petitioner Ross Ulbricht in this matter, in which Mr. Ulbricht has presented his Petition for Writ of Mandamus. The Petition for Writ is directed at the district court in the case of *United States v. Ulbricht*, Case No. 14 CR 68 (KBF), in the Southern District of New York.  I contacted Assistant United States Attorney Sarah Kathleen Eddy by e-mail on April 5, 2018 and I have not received a response as to whether the government will take a

1

position regarding Mr. Ulbricht's requests.

2. Mr. Ulbricht has submitted his Petition for Writ of Mandamus in which he raised several issues which reflected on the manner in which the district court has recently defended the way it had conducted trial proceedings, including the use of secret and anonymous jury selection proceedings. In response to the district court's denial of the Motion for Recusal, in which the court stated that Mr. Ulbricht has misstated the record, Mr. Ulbricht asked the court to add several jury selection-related items to the public docket, so that the public could determine if Mr. Ulbricht had misstated the record regarding secret and anonymous jury selection proceedings. The district court refused to place the juror questionnaires on the public docket and declined to answer whether there was any record of the pre-trial proceeding in which juror questionnaires were presented to the prospective jury panel. Petition at 17-18. In the order denying the request to add the juror questionnaires to the public docket, the court stated that the questionnaire had stated that "All information contained in this questionnaire will be kept confidential and under seal." See Exhibit C to the Petition. This statement implied that the questionnaires had been filed under seal.

3. On April 3, 2018, Petitioner received via ECF an order from the district court which contained a list of sealed documents filed in the trial court below. Exhibit A. That order provides a list from the Sealed Records Clerk of more than 50 documents that were filed under seal in the case below.

4. Exhibit A shows that the juror questionnaires were not filed under seal, and it shows there is no record of the administration of the jury questionnaire proceedings. This contradicts the district court's only stated justification for not adding the juror questionnaires to the public docket and calls into question why the district court did not disclose that the juror questionnaires

are not part of either the sealed or the public record in the trial court.

5. Mr. Ulbricht would like to review the sealed documents which have just been made known to counsel through Exhibit A, and address the significance of this new information to the Petition for Writ of Mandamus. For that purpose, Mr. Ulbricht requests leave to submit a Supplement to the Petition for Writ of Mandamus.

6. Mr. Ulbricht will need a brief period of time to obtain the sealed documents just disclosed, and to prepare the Supplement to the Petition for Writ of Mandamus, and requests he be allowed until and including April 20, 2018, in which to submit his Supplement to the Petition.

6. As stated in Par. 1, above, I contacted Assistant United States Attorney Sarah Kathleen Eddy via email on April 5, 2018, and I have not received a response as to whether the government will oppose this request.

WHEREFORE, for the reasons provided above, Mr. Ulbricht respectfully requests an Order granting him leave to submit his Supplement to the Petition for Writ of Mandamus on or before April 20, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Denver, Colorado

    April 9, 2018

                                                  /s/ Paul Grant
                                                    Paul Grant