# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and eighteen.

Before: Rosemary S. Pooler,
        *Circuit Judge.*

―――――――――――――――――――――

Ross William Ulbricht, AKA Dread Pirate Roberts, AKA Silk Road, AKA Sealed Defendant 1, AKA DPR,

    Petitioner,

v.

United States of America,

    Respondent

―――――――――――――――――――――

**ORDER**

Docket No. 18-643

    Petitioner moves for leave to submit a supplement to the petition for a writ of mandamus and requests a deadline of April 20, 2018.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

