**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: June 07, 2018<br>Docket #: 18-643op<br>Short Title: In Re: Ross William Ulbricht | DC Docket #: 1:14-cr-68-1<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Forrest |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.